422 A.2d 509

**COMMONWEALTH of Pennsylvania,**

**v.**

**Lloyd C. PARKER, Appellant.**

Superior Court of Pennsylvania.

Submitted Sept. 12, 1977.

Filed May 30, 1980.

---

**3.** For purposes of this appeal, we need not decide the retroactivity of *Commonwealth v. Bonadio* to cases which are final.

C. George Milner, Philadelphia, for appellant.

Eric B. Henson, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The procedural history of this case is more fully set forth in a previous opinion of our Court at *Commonwealth v. Parker*, 258 Pa.Super. 240, 392 A.2d 774 (1978). In that opinion of October 20, 1978, the Superior Court ordered appellant's counsel to file a new brief and request to withdraw pursuant to the principles set forth in *Commonwealth v. Greer*, 455 Pa. 106, 314 A.2d 513 (1974) or to file an advocate's brief on the merits. Either was to be done within 30 days of the order of the Superior Court. To date, counsel for appellant has not complied with the Court's order nor has an explanation for such failure been offered. The lack of counsel's action requires us to quash appellant's appeal.

We also find appellant to have been rendered ineffective assistance of counsel and therefore entitled to new appellate counsel. Accordingly, the case is remanded to the lower court for the appointment of new counsel within 30 days of this order. Appellant shall then have the right to appeal, nunc pro tunc, within an additional 30 days of that appointment.

Appeal quashed and case remanded.

JACOBS, former President Judge, did not participate in the consideration or decision of this case.